UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL 28 AM 11: 56

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

Charles Brown,

     Petitioner,

     v.

Ben Curry,

     Respondent.

_____/

CV 08    3596    JF

Case No. _____

PROOF OF SERVICE

(PR)

    I hereby certify that on July   , 2008, I served a copy of the attached PETITION FOR WRIT OF HABEAS CORPUS by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Pearblossom, California, 93553-0814.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Ave.

P.O. Box 36060

San Francisco, CA.

94102-3483

    I declare under penalty of perjury that the foregoing is true and correct.

_____

Barrett Kutcher

P.O. Box 814

Pearblossom, CA.

93553-0814

For Pro Se Petitioner Charles Brown, E-25371