UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED 08 JUL 28 AM 11:56

CV 08 3596 JF (PR)

Charles Brown,
    Petitioner,

v.

Ben Curry,
    Respondent.
_____/

Case No. _____.

PROOF OF SERVICE

I hereby certify that on July 17th, 2008, I served a copy of the attached PETITION FOR WRIT OF HABEAS CORPUS by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Soledad, California, 93960-0689.

    Barrett Kutcher
    P.O. Box 814
    Pearblossom, CA.
    93553-0814

I declare under penalty of perjury that the foregoing is true and correct.

*Charles Brown* (signature)

Charles Brown, E-25371
Correctional Training Facility
P.O. Box 689 / East Dorm 153-Low
Soledad, CA. 93960-0690
Petitioner in Pro Se