*E-Filed 6/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES LLOYD BROWN, | No. C 08-3596 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. On April 8, 2010, an order sent to petitioner was returned as undeliverable. More than 60 days have passed since the order was returned. Accordingly, the petition is hereby dismissed without prejudice for petitioner's failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

The order requesting further briefing (Docket No. 10) is hereby VACATED. The parties are relieved of the obligations that order imposed.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: June 15, 2010

RICHARD SEEBORG
United States District Judge