*E-Filed 12/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES LLOYD BROWN, | No. C 08-3596 RS (PR) |
| Petitioner, | **ORDER DENYING APPLICATION FOR A CERTIFICATE OF APPEALABILITY** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

The Court denied the petition for writ of habeas corpus, and entered judgment in favor of respondent in July 2010. The Court declines to issue a certificate of appealability. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Court of Appeals.

**IT IS SO ORDERED**.

DATED: December 14, 2010

RICHARD SEEBORG
United States District Judge

No. C 08-3596 RS (PR)
ORDER DENYING APPLICATION FOR A CERTIFICATE OF APPEALABILITY